

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00821-CV

**WESTON DEAN CUSTOM HOMES, LP**,
Appellant

v.

Michael **ROMANKO** and Mitzi Romanko,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-00303
Honorable Christine Vasquez-Hortick, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: August 5, 2026

DISMISSED

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(A), the parties have filed a joint motion to dismiss this appeal with prejudice, stating that they have entered into a settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(f); *Holt v. Hunt Oil Co.*, No. 11-16-00097-CV, 2016 WL 5340228, at *1 (Tex. App.—Eastland Sept. 22, 2016, no pet.). The joint motion to dismiss with prejudice is granted, and the appeal is dismissed. Costs of appeal are taxed against Appellant Weston Dean Custom Homes, LP. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM